TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00088-CV






In re Weekley Homes, Inc., L.P. d/b/a


David Weekley Homes, L.P.






ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N




 The emergency motion to stay proceedings in the trial court filed by Relator Weekley
Homes, Inc., L.P. is overruled. The petition for writ of mandamus filed by Relator Weekley Homes,
Inc., L.P. is denied.



 __________________________________________

 Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: March 27, 2003